# Court of Appeals
# of the State of Georgia

ATLANTA,  April 11, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1367.  COHEN et al. v. WELLS FARGO BANK, N.A. et al.**

Appellant has failed to file a brief and enumeration of errors within 20 days after the appeal was docketed as required by Court of Appeals Rule 23 (a) and as notified in the Notice of Docketing. As Appellant has abandoned the appeal, the appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  04/11/2018*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*